## CERTIFICATION OF RECEIPT AND ACCEPTANCE
## MASTER AGREEMENT COVERING CARPENTERS IN THE STATE OF HAWAII
## AND DECLARATION OF TRUST AGREEMENTS APPURTENANT THERETO

THE UNDERSIGNED CONTRACTOR hereby acknowledges receipt of the following documents:

1. Master Agreement covering Carpenters in the State of Hawaii effective to and including September 1, 2014; and amended and effective to and including August 31, 2019;
2. Hawaii Carpenters Training Fund Declaration of Trust Agreement as executed December 28, 1977, as amended;
3. Hawaii Carpenters Health & Welfare Fund Declaration of Trust Agreement as executed December 28, 1977, as amended;
4. Hawaii Carpenters Vacation & Holiday Fund Declaration of Trust Agreement as executed December 28, 1977, as amended;
5. Hawaii Carpenters Financial Security Fund Declaration of Trust Agreement as executed December 31, 1987;
6. Hawaii Carpenters Market Recovery Program Declaration of Trust Agreement as executed December 31, 1987;
7. Hawaii Carpenters 401(k) Declaration of Trust Agreement as executed November 27, 2002;
8. Carpenters International Training Trust Agreement as executed April 2, 1990;

and hereby certifies acceptance of all terms and conditions as contained in said documents, with all terms and conditions to be effective as of ___June 27___, 20_16_.

From and after the date, hereinabove set forth, the undersigned Contractor agrees to abide by all the terms and conditions in said Agreements and any amendments, modifications, changes, extensions, and renewals thereto. Any such amendments, modifications, changes, extensions, and renewals made to the Agreements hereafter shall become effective and shall remain in full force and effect only upon execution by the Union and the Association of an appropriate written document, a copy of which (or other notice of such changes) shall be mailed to the Contractor's last-known address.

HAWAII REGIONAL COUNCIL OF CARPENTERS,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA

_____
MITCHELL TYNANES
Field Representative

VISIONARY GENERAL CONTRACTING, LLC
Contractor

_____
Authorized Signature  *(Cory Rabago - President)*

_____6/27/16_____
Date of Signature

Street Address of Above Contractor

_____91-596 Makalea Street_____

_____Ewa Beach, HI_____   ___96706___
                                Zip Code

Mailing Address of Above Contractor

_____P.O. Box 22749_____

_____Ewa Beach, HI_____   ___96706___
                                Zip Code

___744-1896___   ___visionarygch@gmail.com___   ___BC 34372___
Phone No.        E-mail                          Lic. No.

**EXHIBIT B**