IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Thomas Toma, Glen Kaneshige, Eric Hashizume, George Ehara, Paul C.K. Chang, Ronald Taketa, Kyle Chock, Shayne Chung, Keith Hirota, Mitchell Tynanes and Lance Yoshimura; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Sheri Mau, Ron Taketa, Kyle Chock, Justin Kochi, Leonard Hoshijo and Mitchell Tynanes; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Lani Smithson, Roy Morioka, Lance Yoshimura, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Alfred Dela Cruz, Paul Chang and Shayne Chung; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Steven Hidano, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Lance Yoshimura, Shayne Chung, Sean Newcamp, Kyle Chock, Paul Chang and Mitchell Tynanes; *Financial Security Fund by its trustees* Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kenneth Spence, Eric | CIVIL NO.<br><br>SUMMONS |

| | |
|---|---|
| Tessem, Kyle Chock, Ronald Taketa, Shayne Chung, Lance Yoshimura, Paul Chang, Sean Newcamp and Mark Luna; *Drywall Training Fund by its trustees* Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Mark Gaspar, Edmund Aczon, David Samson and Ivan Lay; *401-K Fund by its trustees* Gordon Scruton, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kenneth Spence, Eric Tessem, Kyle Chock, Ronald Taketa, Paul Chang, Lance Yoshimura, Shayne Chung, Sean Newcamp and Mark Luna, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| VISIONARY GENERAL CONTRACTING, LLC, JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## SUMMONS

TO: VISIONARY GENERAL CONTRACTING, LLC
      91-596 Makalea Street
      Ewa Beach, Hawaii 96706

2

YOU ARE HEREBY SUMMONED and required to file with the court and serve upon Miller Shea, LLLC, Plaintiffs' attorneys, whose address is 1001 Bishop Street, Suite 2925, Honolulu, Hawaii 96813, an answer to the Complaint which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m., on premises not open to the public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons mat result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____.


_____
CLERK OF THE ABOVE-ENTITLED COURT