Of Counsel:
MILLER SHEA
A Limited Liability Law Company

JEFFREY P. MILLER   7559-0
American Savings Bank Tower
1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813
Telephone: (808) 536-2442
Facsimile: (808) 369-8281
Email: jeff@millershealaw.com

Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTER TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, | CIVIL NO. CV 16-00670-DKW-KSC<br><br>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT VISIONARY GENERAL CONTRACTING, LLC; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY P. MILLER; EXHIBITS "1" – "3"; DECLARATION OF PAUL MARX; CERTIFICATE OF SERVICE |

Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Garrett Takara, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami; *Drywall Training Fund by its trustees* Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Garrett Takara, Edmund Aczon, David Samson and Ivan Lay; *401-K Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami,

          Plaintiffs,

   vs.

VISIONARY GENERAL CONTRACTING, LLC, JOHN

2

| | |
|---|---|
| DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT VISIONARY GENERAL CONTRACTING, LLC

Plaintiffs HAWAII CARPENTERS TRUST FUNDS, by its trustees, et al. (hereinafter "HCTF"), by and through their attorneys, Miller Shea, LLLC, hereby respectfully move this Court for an order granting a default judgment against Defendant VISIONARY GENERAL CONTRACTING, LLC. Default against Defendant VISIONARY GENERAL CONTRACTING, LLC was entered by the Clerk of the Court on February 7, 2017.

This Motion is made pursuant to Rules 7 and 55(b) of the Federal Rules of Civil Procedure and is supported by the attached Memorandum in Support of Motion, Declaration of Jeffrey P. Miller, exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, March 7, 2017.

    /s/ Jeffrey P. Miller
JEFFREY P. MILLER
Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS