Of Counsel:
MILLER SHEA
A Limited Liability Law Company

JEFFREY P. MILLER   7559-0
1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813
Telephone: (808) 536-2442
Facsimile: (808) 369-8281
Email: jeff@millershealaw.com

Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTER TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle | CIVIL NO. 16-00670 DKW KSC<br><br>RETURN OF SERVICE |

EXHIBIT __1__

| | |
|---|---|
| Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Garrett Takara, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami; *Drywall Training Fund by its trustees* Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Garrett Takara, Edmund Aczon, David Samson and Ivan Lay; *401-K Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| VISIONARY GENERAL CONTRACTING, LLC, JOHN DOES 1-100; JANE DOES 1-100; | ) ) ) |

2

| DOE CORPORATIONS 1-100; DOE | ) |
| PARTNERSHIPS 1-100; DOE | ) |
| ENTITIES 1-100; DOE | ) |
| GOVERNMENTAL UNITS 1-100, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## RETURN OF SERVICE

I certify that I served the document listed below by delivering a certified copy of each document to the person at the time, date and place shown. Receipt of the documents has been acknowledged by those persons by their signature.

DOCUMENT: COMPLAINT; EXHIBITS "A" AND "B"; SUMMONS

| Name of Person | Date, Time and Place Served | Acknowledgement (Signature) |
|---|---|---|
| David (brother) Kabago | 1/7/17 4:40pm | *Refused to sign* |

Wadsley K. Abihai  _/s/ Wadsley K. Abihai_
ALL CIVIL PROCESS, INC.
1050 Bishop Street #543
Honolulu, Hawaii 96813
Tel. 275-6008

3