IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean | CIVIL NO. CV 16-00670-DKW-KSC<br><br>ENTRY OF DEFAULT OF DEFENDANT VISIONARY GENERAL CONTRACTING, LLC |

EXHIBIT 2

| | |
|---|---|
| Newcamp, Garrett Takara, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami; *Drywall Training Fund by its trustees* Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Garrett Takara, Edmund Aczon, David Samson and Ivan Lay; *401-K Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami, <br><br> Plaintiffs, <br><br> vs. <br><br> VISIONARY GENERAL CONTRACTING, LLC, JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ENTRY OF DEFAULT OF DEFENDANT VISIONARY GENERAL CONTRACTING, LLC

It appearing that Defendant VISIONARY GENERAL

CONTRACTING, LLC is in default for failure to plead or otherwise defend as

2

required by law,

        Default is HEREBY ENTERED as against Defendant VISIONARY GENERAL CONTRACTING, LLC this _____ day of _____, 2017.

        DATED: Honolulu, Hawaii, _____.


                                        _____
                                        CLERK OF THE ABOVE-ENTITLED COURT

Hawaii Carpenters Trust Funds vs. Visionary General Contracting, LLC; Civil No. CV16-00670 DKW-KSC, U.S.D.C.; ENTRY OF DEFAULT OF DEFENDANT VISIONARY GENERAL CONTRACTING, LLC

3