

MILLER | SHEA
ATTORNEYS AT LAW

# Miller Shea

# INVOICE

Invoice # 863
Date: 12/05/2016
Due Upon Receipt

1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813

Hawaii Carpenters Trust Funds
200 N. Vineyard Boulevard, Building A, Suite 100
Honolulu, HI 96817

## 01000-Hawaii Carpenters Trust Funds

## Visionary General Contracting, LLC

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 11/03/2016 | Review initial file materials from clients; prepare demand letter for audit materials from Visionary. | 0.70 | $250.00 | $175.00 |
| | | | **Quantity Subtotal** | | **0.7** |
| | | | **Services Subtotal** | | **$175.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 11/01/2016 | Postage | 1.00 | $7.36 | $7.36 |
| Expense | 11/03/2016 | Copies | 1.00 | $2.00 | $2.00 |
| | | | **Expenses Subtotal** | | **$9.36** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Jeffrey Miller | 0.7 | $250.00 | $175.00 |
| | **Quantity Total** | | **0.7** |
| | **Subtotal** | | **$184.36** |
| | **General Excise Tax (4.712%)** | | **$8.25** |



EXHIBIT _3_

| | |
|---|---|
| **Total** | **$192.61** |
| **Payment (01/05/2017)** | **-$192.61** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 969 | 03/06/2017 | $867.28 | $0.00 | $867.28 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 863 | 12/05/2016 | $192.61 | $192.61 | $0.00 |

| | |
|---|---|
| **Outstanding Balance** | **$867.28** |
| **Total Amount Outstanding** | **$867.28** |

| Account | Balance |
|---|---|
| Miller Shea Client Trust Account Balance | $152.31 |
| **Total Account Balance** | **$152.31** |

Please make all amounts payable to: Miller Shea

Payment is due upon receipt.



MILLER | SHEA
ATTORNEYS AT LAW

# INVOICE

Invoice # 887
Date: 01/07/2017
Due Upon Receipt

## Miller Shea

1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813

Hawaii Carpenters Trust Funds
200 N. Vineyard Boulevard, Building A, Suite 100
Honolulu, HI 96817

## 01000-Hawaii Carpenters Trust Funds

## Visionary General Contracting, LLC

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 12/22/2016 | Prepare Summons and Complaint against Visionary; review DCCA website re status of Visionary. | 0.80 | $250.00 | $200.00 |
| | | | Quantity Subtotal | | 0.8 |
| | | | Services Subtotal | | **$200.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 12/23/2016 | Court Fee | 1.00 | $400.00 | $400.00 |
| Expense | 12/27/2016 | Court Fee | 1.00 | $11.00 | $11.00 |
| | | | Expenses Subtotal | | **$411.00** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Jeffrey Miller | 0.8 | $250.00 | $200.00 |
| | Quantity Total | | 0.8 |
| | Subtotal | | $611.00 |
| | General Excise Tax (4.712%) | | $9.42 |

| | | |
|---|---|---|
| **Total** | | **$620.42** |
| **Payment (02/03/2017)** | | **-$620.42** |
| **Balance Owing** | | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 969 | 03/06/2017 | $867.28 | $0.00 | $867.28 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 887 | 01/07/2017 | $620.42 | $620.42 | $0.00 |
| | | | **Outstanding Balance** | **$867.28** |
| | | | **Total Amount Outstanding** | **$867.28** |

| Account | Balance |
|---|---|
| Miller Shea Client Trust Account Balance | $152.31 |
| **Total Account Balance** | **$152.31** |

Please make all amounts payable to: Miller Shea

Payment is due upon receipt.



**MILLER | SHEA**
ATTORNEYS AT LAW

# INVOICE

Invoice # 928
Date: 02/03/2017
Due Upon Receipt

## Miller Shea

1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813

Hawaii Carpenters Trust Funds
200 N. Vineyard Boulevard, Building A, Suite 100
Honolulu, HI 96817

## 01000-Hawaii Carpenters Trust Funds

## Visionary General Contracting, LLC

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 01/11/2017 | Exchange emails with deputy sheriff regarding service of Complaint, calendar deadline for response. | 0.10 | $250.00 | $25.00 |
| | | | **Quantity Subtotal** | | **0.1** |
| | | | **Services Subtotal** | | **$25.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 01/12/2017 | Postage | 1.00 | $0.47 | $0.47 |
| Expense | 01/12/2017 | Sheriff Fee | 1.00 | $151.00 | $151.00 |
| | | | **Expenses Subtotal** | | **$151.47** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Jeffrey Miller | 0.1 | $250.00 | $25.00 |
| | **Quantity Total** | | **0.1** |
| | **Subtotal** | | **$176.47** |
| | **General Excise Tax (4.712%)** | | **$1.18** |

| | |
|---:|---:|
| **Total** | **$177.65** |
| **Payment (03/06/2017)** | -$177.65 |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 969 | 03/06/2017 | $867.28 | $0.00 | $867.28 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 928 | 02/03/2017 | $177.65 | $177.65 | $0.00 |
| | | | **Outstanding Balance** | **$867.28** |
| | | | **Total Amount Outstanding** | **$867.28** |

| Account | Balance |
|---|---|
| Miller Shea Client Trust Account Balance | $152.31 |
| **Total Account Balance** | **$152.31** |

Please make all amounts payable to: Miller Shea

Payment is due upon receipt.



MILLER | SHEA
ATTORNEYS AT LAW

# INVOICE

Invoice # 969
Date: 03/06/2017
Due Upon Receipt

## Miller Shea

1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813

Hawaii Carpenters Trust Funds
200 N. Vineyard Boulevard, Building A, Suite 100
Honolulu, HI 96817

## 01000-Hawaii Carpenters Trust Funds

## Visionary General Contracting, LLC

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 02/03/2017 | Review file materials regarding deadlines for meet and confer, Rule 16 Scheduling Conference, Visionary's failure to respond to Complaint. | 0.10 | $250.00 | $25.00 |
| Service | 02/06/2017 | Review file regarding service; prepare Request for Entry of Default, Declaration of Miller, Default. | 0.80 | $250.00 | $200.00 |
| Service | 02/27/2017 | Prepare motion for default judgment, Declaration of Miller, Declaration of Marx in support thereof; exchange emails with clients re status of reports, audit, current amount owed, LD waivers. | 2.40 | $250.00 | $600.00 |
| | | | **Quantity Subtotal** | | **3.3** |
| | | | **Services Subtotal** | | **$825.00** |

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 02/07/2017 | Postage | 1.00 | $1.61 | $1.61 |
| Expense | 02/07/2017 | Copies | 1.00 | $1.80 | $1.80 |
| | | | **Expenses Subtotal** | | **$3.41** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Miller | 3.3 | $250.00 | $825.00 |
| | **Quantity Total** | | **3.3** |
| | **Subtotal** | | **$828.41** |
| | **General Excise Tax (4.712%)** | | **$38.87** |
| | **Total** | | **$867.28** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 969 | 03/06/2017 | $867.28 | $0.00 | $867.28 |
| | | | **Outstanding Balance** | **$867.28** |
| | | | **Total Amount Outstanding** | **$867.28** |

| Account | Balance |
|---|---|
| Miller Shea Client Trust Account Balance | $152.31 |
| **Total Account Balance** | **$152.31** |

Please make all amounts payable to: Miller Shea

Payment is due upon receipt.