IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean | CIVIL NO. CV 16-00670-DKW-KSC<br><br>CERTIFICATE OF SERVICE |

Newcamp, Garrett Takara, Ralph )
Hoohuli, Clyde Sugawa, Joyce )
Furukawa, and Travis Murakami; )
*Drywall Training Fund by its trustees* )
Vince Nihipali, Sr., Lito Alcantra, )
Bert Beaman, Mike Goodnight, Kevin )
Respecki, Sean Newcamp, Garrett )
Takara, Edmund Aczon, David )
Samson and Ivan Lay; *401-K Fund by* )
*its trustees* Kenneth Spence, Conrad )
Murashige, Kenneth Sakurai, Wesley )
Mikuni, Alan Shintani, Kyle Chock, )
Ronald Taketa, Shayne Chung, Sean )
Newcamp, Ralph Hoohuli, Clyde )
Sugawa, Joyce Furukawa, and Travis )
Murakami, )
                                          )
       Plaintiffs, )
                                          )
  vs. )
                                          )
VISIONARY GENERAL )
CONTRACTING, LLC, JOHN )
DOES 1-100; JANE DOES 1-100; )
DOE CORPORATIONS 1-100; DOE )
PARTNERSHIPS 1-100; DOE )
ENTITIES 1-100; DOE )
GOVERNMENTAL UNITS 1-100, )
                                          )
       Defendants. )
                                          )
_____ )

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served on the following at the address listed below

via U.S. mail, postage prepaid:

VISIONARY GENERAL CONTRACTING, LLC
91-596 Makalea Street
Ewa Beach, Hawaii 96706

DATED: Honolulu, Hawaii, March 7, 2017.

<u>/s/ Jeffrey P. Miller</u>
JEFFREY P. MILLER
Attorney for Plaintiffs
TRUSTEES OF THE HAWAII
CARPENTERS TRUST FUNDS