IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **HAWAII CARPENTERS TRUST FUNDS**, **HEALTH & WELFARE FUND** by its trustees Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; **APPRENTICESHIP & TRAINING FUND** by its trustees Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; **VACATION & HOLIDAY FUND** by its trustees Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; **MARKET RECOVERY PROGRAM** by its trustees Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; **FINANCIAL SECURITY FUND** by its trustees Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan | CV 16-00670 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

| | |
|---|---|
| Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Garrett Takara, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami; **DRYWALL TRAINING FUND** by its trustees Vince Nihipali, Sr., Lito Alcantra, Bert Beaman, Mike Goodnight, Kevin Respecki, Sean Newcamp, Garrett Takara, Edmund Aczon, David Samson and Ivan Lay; **401-K FUND** by its trustees Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Ralph Hoohuli, Clyde Sugawa, Joyce Furukawa, and Travis Murakami | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) |
| VISIONARY GENERAL CONTRACTING, LLC; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100 | ) ) ) ) ) ) ) ) |
| Defendant(s). | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 26, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Defendant Visionary General Contracting, LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 14, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Hawaii Carpenters Trust Funds, et al v. Visionary General Contracting, et al;* Civil No. 16-00670 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**