IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean | CIVIL NO. CV 16-00670-DKW-KSC<br><br>ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

Newcamp, Garrett Takara, Ralph )
Hoohuli, Clyde Sugawa, Joyce )
Furukawa, and Travis Murakami; )
*Drywall Training Fund by its trustees* )
Vince Nihipali, Sr., Lito Alcantra, )
Bert Beaman, Mike Goodnight, Kevin )
Respecki, Sean Newcamp, Garrett )
Takara, Edmund Aczon, David )
Samson and Ivan Lay; *401-K Fund by* )
*its trustees* Kenneth Spence, Conrad )
Murashige, Kenneth Sakurai, Wesley )
Mikuni, Alan Shintani, Kyle Chock, )
Ronald Taketa, Shayne Chung, Sean )
Newcamp, Ralph Hoohuli, Clyde )
Sugawa, Joyce Furukawa, and Travis )
Murakami, )
                                                            )
                    Plaintiffs,         )
                                                            )
         vs.                                        )
                                                            )
VISIONARY GENERAL                   )
CONTRACTING, LLC, JOHN        )
DOES 1-100; JANE DOES 1-100;  )
DOE CORPORATIONS 1-100; DOE )
PARTNERSHIPS 1-100; DOE         )
ENTITIES 1-100; DOE                    )
GOVERNMENTAL UNITS 1-100,  )
                                                            )
                    Defendants.       )
                                                            )
_____)

## ORDER GRANTING EX PARTER MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Good cause appearing, the foregoing Ex Parte Motion is granted and it is

2

ordered that Garnishee Summons issue according to law directed to Garnishees and any other accounts or monies of VISIONARY GENERAL CONTRACTING, LLC upon Garnishees GARY M. ROKUTA, Trustee of the Gary M. Rokuta Trust and GLENN Y. ROKUTA, Trustee of the Glenn Y. Rokuta Trust.

DATED:  Honolulu, Hawaii, August 30, 2017.



_____
Kevin S.C. Chang
United States Magistrate Judge

*HAWAII CARPENTERS TRUST FUNDS, et al. vs. VISIONARY GENERAL CONTRACTING LLC., et al.*; Civil No. 16-00670 DKW-KSC; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS.