IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 16-00670-DKW-KSC<br><br>GARNISHEE SUMMONS;<br>EXHIBIT 1 |

Newcamp, Garrett Takara, Ralph          )
Hoohuli, Clyde Sugawa, Joyce            )
Furukawa, and Travis Murakami;          )
*Drywall Training Fund by its trustees* )
Vince Nihipali, Sr., Lito Alcantra,     )
Bert Beaman, Mike Goodnight, Kevin      )
Respecki, Sean Newcamp, Garrett         )
Takara, Edmund Aczon, David             )
Samson and Ivan Lay; *401-K Fund by*    )
*its trustees* Kenneth Spence, Conrad   )
Murashige, Kenneth Sakurai, Wesley      )
Mikuni, Alan Shintani, Kyle Chock,      )
Ronald Taketa, Shayne Chung, Sean       )
Newcamp, Ralph Hoohuli, Clyde           )
Sugawa, Joyce Furukawa, and Travis      )
Murakami,                               )
                                        )
            Plaintiffs,                 )
                                        )
        vs.                             )
                                        )
VISIONARY GENERAL                       )
CONTRACTING, LLC, JOHN                  )
DOES 1-100; JANE DOES 1-100;            )
DOE CORPORATIONS 1-100; DOE             )
PARTNERSHIPS 1-100; DOE                 )
ENTITIES 1-100; DOE                     )
GOVERNMENTAL UNITS 1-100,               )
                                        )
            Defendants.                 )
                                        )
_____ )

## GARNISHEE SUMMONS

TO:   ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and attested copy of this Summons and

2

Order with the above-named Garnishees at the following address:

> GARY M. ROKUTA, Trustee of the Gary M. Rokuta Trust
> 46-164 Ohala Street
> Kaneohe, Hawaii 96744

> GLENN Y. ROKUTA, Trustee of the Glenn Y. Rokuta Trust
> 46-164 Ohala Street
> Kaneohe, Hawaii 96744

You, as garnishees, are hereby SUMMONED and required to appear personally before the Honorable Kevin S.C. Chang, United States Magistrate Judge, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 9:15 a.m. on October 5, 2017, OR to file a written disclosure in the above-entitled court, and serve a copy of it on the Plaintiffs or their attorney within twenty-one (21) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether you have or at the time of service:

      a.     had any funds, goods or effects of the Defendant above-named in your hands, and if so, their nature, amount and value; or

      b.     were or are indebted to the Defendant, and if so, the nature and amount of the debt; or

      c.     Defendant was in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust,

3

and if so, the amount or rate thereof.

You as garnishee are HEREBY ORDERED, to hold and secure from the time of service of this Summons, and until further order by the court, an amount of money which shall not exceed 120% of the amount outstanding of the judgment, plus post judgment attorney's fees, interest and costs, as provided by Hawaii Revised Statutes Chapters 652 and 653, as amended.

*See* FEDERAL WAGE GARNISHMENT LAW, attached hereto as Exhibit 1, FOR APPLICABLE RESTRICTIONS.

(Singular includes plural and masculine includes feminine and neuter.)

DATED:  Honolulu, Hawaii, _____August 30, 2017_____.



/S/ SUE BEITIA, CLERK by EA, Deputy Clerk

_____
Clerk, U.S. District Court, District of Hawaii

*HAWAII CARPENTERS TRUST FUNDS, et al. vs. VISIONARY GENERAL CONTRACTING LLC. et al.*; Civil No. 16-00670 DKW-KSC; GARNISHEE SUMMONS.

4