| MAXIMUM GARNISHMENT OF DISPOSABLE EARNINGS (GENERALLY) FOR THE $7.25 MINIMUM WAGE | | | |
|---|---|---|---|
| **Weekly** | **Biweekly** | **Semimonthly** | **Monthly** |
| $217.50 or less:<br>NONE | $435.00 or less:<br>NONE | $471.25 or less:<br>NONE | $942.50 or less:<br>NONE |
| More than $217.50 but less than $290.00:<br>Amount ABOVE $217.50 | More than $435.00 but less than $580.00:<br>Amount ABOVE $435.00 | More than $471.25 but less than $628.33:<br>Amount ABOVE $471.25 | More than $942.50 but less than $1256.66:<br>Amount ABOVE $942.50 |
| $290.00 or more:<br>MAXIMUM 25% | $580.00 or more:<br>MAXIMUM 25% | $628.33 or more:<br>MAXIMUM 25% | $1256.66 or more:<br>MAXIMUM 25% |

\* These limitations do not apply to certain bankruptcy court orders, or to garnishments to recover debts due for state or federal taxes. Different limitations apply to garnishments pursuant to court orders for child support or alimony.

**Title III Protections against Discharge when Wages are Garnished**

The CCPA prohibits an employer from firing an employee whose earnings are subject to garnishment for any one debt, regardless of the number of levies made or proceedings brought to collect that one debt. The CCPA does not prohibit discharge because an employee's earnings are separately garnished for two or more debts.

**Where to Obtain Additional Information**

For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4-USWAGE (1-866-487-9243).

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

U.S. Department of Labor  
Frances Perkins Building  
200 Constitution Avenue, NW  
Washington, DC 20210

1-866-4-USWAGE  
TTY: 1-866-487-9243  
<u>Contact Us</u>



EXHIBIT __1__

4