IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Mike Goodnight, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli and Travis Murakami; *Vacation & Holiday Fund by its trustees* Gerard Sakamoto, James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Sharon Thom, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, and Travis Murakami; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Gerard Sakamoto, Bill Wilson, Lance Wilhelm, Leonard Hoshijo, Justin Kochi, Garrett Takara, Sean Newcamp, Kyle Chock, David Samson and Mitchell Tynanes; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Wesley Mikuni, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean | CIVIL NO. CV 16-00670-DKW-KSC<br><br>ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT |

Newcamp, Garrett Takara, Ralph            )
Hoohuli, Clyde Sugawa, Joyce              )
Furukawa, and Travis Murakami;            )
*Drywall Training Fund by its trustees*   )
Vince Nihipali, Sr., Lito Alcantra,       )
Bert Beaman, Mike Goodnight, Kevin        )
Respecki, Sean Newcamp, Garrett           )
Takara, Edmund Aczon, David               )
Samson and Ivan Lay; *401-K Fund by*      )
*its trustees* Kenneth Spence, Conrad     )
Murashige, Kenneth Sakurai, Wesley        )
Mikuni, Alan Shintani, Kyle Chock,        )
Ronald Taketa, Shayne Chung, Sean         )
Newcamp, Ralph Hoohuli, Clyde             )
Sugawa, Joyce Furukawa, and Travis        )
Murakami,                                 )
                                          )
      Plaintiffs,                     )
                                          )
  vs.                                   )
                                          )
VISIONARY GENERAL                         )
CONTRACTING, LLC, JOHN                    )
DOES 1-100; JANE DOES 1-100;              )
DOE CORPORATIONS 1-100; DOE               )
PARTNERSHIPS 1-100; DOE                   )
ENTITIES 1-100; DOE                       )
GOVERNMENTAL UNITS 1-100,                 )
                                          )
      Defendants.                     )
                                          )
_____ )

## ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT

Good cause appearing, the foregoing Ex Parte Motion is granted and it is

2

ordered that Garnishee Summons issue according to law directed to Garnishees and any other accounts or monies of VISIONARY GENERAL CONTRACTING, LLC upon Garnishee LEOPOLDO C. BRINGAS, JR.

DATED: Honolulu, Hawaii, September 7, 2017.



_____
Kevin S.C. Chang
United States Magistrate Judge

*HAWAII CARPENTERS TRUST FUNDS, et al. vs. VISIONARY GENERAL CONTRACTING LLC., et al.*; Civil No. 16-00670 DKW-KSC; ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT