# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-CV-00670-DKW-KSC |
| CASE NAME: | Hawaii Carpenters Trust Funds, et al. V. Visionary General Contracting, et al. |
| ATTYS FOR PLA: | Jeffrey P. Miller |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C7 - FTR |
| DATE: | 07/06/2018 | TIME: | 9:15 - 9:20 |

COURT ACTION: EP: JUDGMENT DEBTOR EXAM hearing not held.

No appearance Cory Rabago failed to appear - three calls were made outside the courtroom.

Counsel for Plaintiffs shall submit a Release of Summons by July 13, 2018.

*Submitted by: Bernie Aurio, Courtroom Manager*